**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 11-7123**

───────────

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

    v.

WILLIAM ARTHUR BROWN,

           Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:92-cr-00270-GCM-1)

───────────

Submitted: December 20, 2011    Decided: December 23, 2011

───────────

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William Arthur Brown, Appellant Pro Se. William A. Brafford Assistant United States Attorney, Ann Claire Phillips, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Arthur Brown appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brown, No. 3:92-cr-00270-GCM-1 (W.D.N.C. Aug. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED